# NO. 12-15-00199-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DAVID ERIC BROWNE,* <br> *APPELLANT* | § | *APPEAL FROM THE 369TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *R. GOING, ET AL,* <br> *APPELLEES* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of jurisdiction. The trial court's judgment was signed on March 17, 2015. Under the rules of appellate procedure, the notice of appeal must be filed within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Appellant did not file a motion for new trial. *See* TEX. R. APP. P. 26.1(a) (providing that notice of appeal must be filed within ninety days after judgment signed if any party timely files motion for new trial). Therefore, Appellant's notice of appeal was due to have been filed no later than April 16, 2015. However, Appellant filed his notice of appeal on July 31, 2015. Consequently, his notice of appeal was untimely, and this court does not have jurisdiction of the appeal.

By letter dated August 10, 2015, the clerk of this court notified Appellant that his notice of appeal was not filed within the time allowed by Rule 26.1 and there was no timely motion for an extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3 (providing that motion for extension of time must be filed within fifteen days after the deadline for filing the notice of appeal). Appellant was warned that the appeal would be dismissed unless, on or before August 20, 2015, the information in the appeal was amended to show this court's jurisdiction.

In response to our August 10, 2015 notice, Appellant filed a motion for an out of time appeal. However, this court is not authorized to extend the time for filing a notice of appeal

except as permitted by Rule 26.3.  Accordingly, we ***dismiss*** the appeal ***for want of jurisdiction***, *see* TEX. R. APP. P. 42.3(a), and ***dismiss*** Appellant's motion for an out of time appeal as moot.

Opinion delivered September 2, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 2, 2015**

**NO. 12-15-00199-CV**

**DAVID ERIC BROWNE,**
Appellant
V.
**R. GOING, ET AL,**
Appellees

Appeal from the 369th District Court

of Anderson County, Texas (Tr.Ct.No. 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)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*